FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JAN 16 PM 4:39

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAMES SHIVERS HARPER,  )
      )
  Plaintiff,  )
v.  )  Case No. CV406-281
      )
WILLIE T. YANCEY,  )
      )
  Defendant.  )

## REPORT AND RECOMMENDATION

In an order dated December 6, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. Doc. 4. The Court warned plaintiff that his failure to return these forms by January 4, 2007, would result in a recommendation that this case be dismissed. Since plaintiff has not returned these forms, this case should be DISMISSED.

SO REPORTED AND RECOMMENDED this 16TH day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA